NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD McCARTHY,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )        Case No. 2D18-3100
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____     )

Opinion filed June 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.


          Affirmed.


NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.